UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOANNE JENKINS and
QUENTON WOODEN,
    Plaintiffs,

v.                                      Case No. 4:03cv208-SPM/AK

CITY OF TALLAHASSEE, *et al*.,
    Defendants.
_____/

## ORDER EXTENDING TIME FOR DISCOVERY, RESPONSE, AND REPLY

This cause comes before the Court on Defendant's Consented Motion to Extend Time for Discovery, for Plaintiff's Response to Motion for Summary Judgment and Any Replies Thereto (doc. 139). Upon consideration, it is

ORDERED AND ADJUDGED:

1. The motion (doc. 139) is granted.

2. The discovery deadline is extended to May 26, 2006.

3. Plaintiffs' response to the summary judgment motion shall be filed on or before June 9, 2006.

4. Defendants shall have up to and including June 23, 2006 to file a reply.

DONE AND ORDERED this 23rd day of May, 2006.

                                *s/ Stephan P. Mickle*
                                Stephan P. Mickle
                                United States District Judge