IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOANNE JENKINS and
QUENTON WOODEN,

    Plaintiffs,

vs.       CASE NO.: 4:03cv208-SPM/AK

CITY OF TALLAHASSEE,
CHIEF WALTER MCNEIL,
OFFICER CHUCK PERRY,

    Defendants.
_____/

## ORDER DENYING MOTION TO BIFURCATE AS MOOT

In light to the Court's ruling on summary judgment in favor of the City of Tallahassee and Chief McNeil, it is

ORDERED AND ADJUDGED that the motion to bifurcate (doc. 106) is denied as moot.

DONE AND ORDERED this 1st day of August, 2006.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge