IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOANNE JENKINS and
QUENTON WOODEN,

      Plaintiffs,

vs.    CASE NO.: 4:03cv208-SPM/AK

CITY OF TALLAHASSEE,
CHIEF WALTER MCNEIL,
OFFICER CHUCK PERRY,

      Defendants.
_____/

**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO STRIKE**

      This cause comes before the Court for consideration of Defendants' Motion to Strike Exhibits to Plaintiffs' Response to Defendants' Motions for Summary Judgment (doc. 107) and Plaintiffs' Response (doc. 124). At issue are three exhibits filed by Plaintiffs in opposition to summary judgment. Those are Exhibit J, a photo of Ms. Jenkins displaying her robe; Exhibit U, Ms. Jenkins' affidavit; and Exhibit V, affidavits from Abu Ghraib prison inmates.

      The Court finds that Exhibit V should be stricken because it is irrelevant. Exhibits J and U, however, are relevant to this case. Any authentication problems with Exhibit J have been cured by Ms. Jenkins' affidavit, doc. 124, p. 7. Likewise, any problem with the oath on Ms. Jenkins' original affidavit has been

cured, doc. 124, pp. 9-10.  Although Defendants seek to strike the affidavit on the additional ground that it contradicts her deposition testimony, the conflicts noted are not inherently irreconcilable so was to warrant striking the affidavit as a sham.  See <u>Tippens v. Celotex Corp.</u>, 805 F.2d 949, 953-55 (11th Cir. 1986).  Accordingly, it is

ORDERED AND ADJUDGED that Defendants' motion to strike (doc. 107) is granted as to Exhibit V and denied as to Exhibits J and U.

DONE AND ORDERED this 1st day of August, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge