IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOANNE JENKINS and
QUENTON WOODEN,

    Plaintiffs,

vs.                                  CASE NO.: 4:03cv208-SPM/AK

OFFICER CHUCK PERRY,

    Defendant.

_____/

**ORDER GRANTING REQUEST FOR JUDICIAL NOTICE
AND MOTION TO ACCEPT TRIAL BRIEF OUT OF TIME**

    Pending before the Court are Defendants' request for judicial notice (doc. 84) and Plaintiffs' consented motion to accept trial brief out of time (doc. 121). Upon consideration, it is

    ORDERED AND ADJUDGED that both motions (docs. 84 and 121) are granted.

    DONE AND ORDERED this 2nd day of August, 2006.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge