IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOANNE JENKINS and
QUENTON WOODEN,

    Plaintiffs,

vs.                                      CASE NO.: 4:03cv208-SPM/AK

OFFICER CHUCK PERRY,

    Defendant.
_____/

**ORDER DENYING MOTION IN LIMINE AS MOOT**

At the pretrial conference on August 1, 2006, Plaintiffs advised that Defendant Perry's motion in limine (doc. 113) is moot because they do not intend to present such evidence at trial in light of the Court's ruling on summary judgment. Accordingly, it is

ORDERED AND ADJUDGED that the motion in limine (doc. 113) is denied as moot.

DONE AND ORDERED this 2nd day of August, 2006.

                                   *s/ Stephan P. Mickle*
                                   Stephan P. Mickle
                                   United States District Judge