IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOANNE JENKINS and
QUENTON WOODEN,

       Plaintiffs,

vs.                               CASE NO.: 4:03cv208-SPM/AK

OFFICER CHUCK PERRY,

       Defendant.
_____/

## ORDER REGARDING WITNESSES FOR TRIAL

At the pretrial conference on August 1, 2006, the parties addressed certain objections to their respective witness lists. Plaintiffs had objections to three defense witnesses: Cathy Williams, James Wooden, and Cathy Snapp.

With respect to Cathy Snapp, the Court granted Defendant's request to submit additional materials to support the admissibility of her testimony. The materials are due on Friday, August 4, 2006. In the meantime, the Court will keep this matter under advisement.

With respect to Cathy Williams and James Wooden, Plaintiffs object because Defendant failed to previously disclose Cathy Williams and James Wooden as potential witnesses. According to Defendant, the identity of these witnesses were learned during Plaintiff Wooden's deposition in October of 2005.

Defendant did not, however, make a supplemental disclosure as required under Federal Rule of Civil Procedure 26(e).  Plaintiffs would be prejudiced if these witnesses were permitted to testify because the discovery period has closed and trial is just three weeks away.  Accordingly, Plaintiffs' objections to these witnesses are sustained.

Plaintiffs advised that they will be making revisions to their witness list, which may render moot some or all of Defendant's objections.  To promote the orderly resolution of this matter, the Court finds that the parties should confer regarding the witnesses they intend to call at trial, the substance of the testimony, and any objections they may have.

After an appropriate conference, the parties shall file a joint statement listing the witnesses that each side intends to call at trial.  The statement shall include a brief summary of each witness's testimony, the estimated length of the testimony, and the nature of any objection to the testimony.  The joint statement shall be filed on or before August 11, 2006.

SO ORDERED this 2nd day of August, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge