IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOANNE JENKINS and
QUENTON WOODEN,

        Plaintiffs,

vs.                                          CASE NO.: 4:03cv208-SPM/AK

OFFICER CHUCK PERRY,

        Defendant.
_____/

## ORDER OF DISMISSAL

Upon notification by Counsel for Plaintiffs and Defendant that this case has settled, pursuant to Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.    This case is dismissed with prejudice.

2.    All pending motions are denied as moot.

3.    The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 16th day of August, 2006.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge